**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9

10   WILLIAM DAL MOLIN and CHRIS              No. C 04-03879 WHA
     MALAN,
11
                    Plaintiffs,
12                                            **ORDER APPROVING
                                              STIPULATION FOR
13        v.                                  LIMITED DISMISSAL**

14   COUNTY OF NAPA CONSERVATION,
     DEVELOPMENT & PLANNING
15   DEPARTMENT; ED COLBY; COUNTY OF
     NAPA DISTRICT ATTORNEY'S OFFICE;
16   RICHARD ZIMMERMAN; and Does 1
     through 50, inclusive,
17
                    Defendants.
18   _____/

19        The parties have stipulated that all claims against defendants Richard Zimmerman and

20   Ed Colby in their "individual" capacities shall be **DISMISSED WITH PREJUDICE**, although both

21   will remain named defendants in their "official" capacities.  This stipulation is **APPROVED**.

22
23        **IT IS SO ORDERED.**
24
25   Dated:  August 1, 2005
                                              _____
26                                            WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE
27
28