IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DAL MOLIN and CHRIS MALAN,<br><br>    Plaintiffs,<br><br>  v.<br><br>COUNTY OF NAPA CONSERVATION, DEVELOPMENT & PLANNING DEPARTMENT; ED COLBY; COUNTY OF NAPA DISTRICT ATTORNEY'S OFFICE; RICHARD ZIMMERMAN; and Does 1 through 50, inclusive,<br><br>    Defendants.<br>                                             / | No. C 04-03879 WHA<br><br>**ORDER REGARDING<br>SUPPLEMENTAL BRIEFING** |

    As stated on the record, defendants shall produce the requested documents to plaintiffs' counsel by **NOON** on **AUGUST 5, 2005**. Any remaining depositions must be completed by **AUGUST 10, 2005**. Plaintiffs shall file a supplemental brief, not to exceed ten pages, by **NOON** on **AUGUST 15, 2005**. Defendants may file a reply brief, not to exceed three pages, by **NOON** on **AUGUST 16, 2005**. The matter will then be taken under submission.

    **IT IS SO ORDERED.**

Dated: August 4, 2005

                                                     WILLIAM ALSUP<br>
                                                     UNITED STATES DISTRICT JUDGE